# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY S. LACK,  )<br>                                        )<br>    Plaintiff,              )<br>                                        )<br>vs.                                   )<br>                                        )<br>ALTON POLICE DEPARTMENT, *at al.*,  )<br>                                        )<br>    Defendants.           ) | Case No. 16-cv-01017-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Alton Police Department, Robert Hertz, Joel C. Bromaghim, Michael Beaber, Brian Brenner, Stephen January, and Steven Bosaw** and against **Timothy S. Lack** on plaintiff's claim of excessive force in violation of the Fourth Amendment. This matter is **DISMISSED** with prejudice.

**DATED:** 7/11/2017                                    **Justine Flanagan**
                                                                         **Acting Clerk of Court**


                                                                         *s/Tina Gray*
                                                                          **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                         **J. PHIL GILBERT**
                         **U.S. DISTRICT JUDGE**